IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 10-cv-00686-REB-CBS

JONATHAN PRICE,

    Plaintiff,

v.

PORTFOLIO RECOVERY ASSOCIATES, LLC,

    Defendant.

---

**MINUTE ORDER**

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Plaintiff's Motion for Leave to File an Amended Complaint (*doc. # 14*) is GRANTED. Plaintiff's Amended Complaint and Jury Demand (doc no. 14-1) is accepted for filing as of the date of this order.

**DATED:**    July 15, 2010