# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## COURT FILE NO.: 1:10-cv-00686-REB-CBS

John E. Price,
    Plaintiff

v.

Portfolio Recovery Associates, LLC,
    Defendant

_____

## STIPULATION TO DISMISS WITH PREJUDICE
## PURSUANT TO SETTLEMENT
_____

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties to the above captioned action, through their respective attorneys, hereby stipulate and agree that the aforesaid action be dismissed with prejudice and without costs to either party, all costs having been paid and all matters in controversy for which said action was brought having been fully settled, compromised and adjourned.

| | |
|---|---|
| For Plaintiff, | For Defendant, |
|   s/ Craig Ehrlich |   s/ Mark Willis |
| Weisberg & Meyers, LLC | Kutak Rock LLP |

Date:  October 13, 2010

By: /s/Craig Ehrlich
Craig Ehrlich
Attorney for Plaintiff
Weisberg & Meyers, LLC
5025 N. Central Ave., #602
Phoenix, AZ 85012
Telephone: (602) 445 9819
Cehrilch@AttorneysForConsumers.com