IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 10-cv-00686-REB-CBS

JONATHAN PRICE,

    Plaintiff,

v.

PORTFOLIO RECOVERY ASSOCIATES, LLC,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the **Stipulation To Dismiss With Prejudice Pursuant To Settlement** [#25] filed October 13, 2010. After reviewing the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation To Dismiss With Prejudice Pursuant To Settlement** [#25] filed October 13, 2010, is **APPROVED**;

2. That the Trial Preparation Conference set for March 25, 2011, is **VACATED**;

3. That the trial to the court set to commence March 28, 2011, is **VACATED**; and

4. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated October 13, 2010, at Denver, Colorado.

                        BY THE COURT:

                        Robert E. Blackburn
                        United States District Judge